UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Mohammad and Jalloul Zoghaib,            Case No. 11-41970
           Chapter 7
       Debtors.            Honorable Marci B. McIvor
_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $.27 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Elan Financial Services<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201 | 12 | $.27 |

Date: October 11, 2011        /s/ CHARLES J. TAUNT
           CHARLES J. TAUNT, Trustee
           700 East Maple Road
           2nd Floor
           Birmingham, MI 48009
           (248) 647-1127